**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

---------------------------------------------------------------

SANDRA PURDY, individually and on behalf of
all others similarly situated,

                                                  C.A. No. 1:20-cv-01077-MN

                   Plaintiff,
  -against-                              **NOTICE OF SETTLEMENT**

PHILLIPS & COHEN ASSOCIATES, LTD.,

                 Defendant.

---------------------------------------------------------------

      Plaintiff respectfully submits this Notice of Settlement to inform the Court as follows:

1. Plaintiff and Defendant, Phillips & Cohen Associates, Ltd., have reached an agreement in principle and are in the process of finalizing a confidential settlement agreement.

2. Plaintiff will file a Dismissal once the terms of the settlement agreement have been completed.

3. Accordingly, the parties request excusals from any upcoming filing or appearances requirements.

4. This notice of settlement has no effect on any other Defendant in this action.

Dated: February 24, 2021

                                                  Respectfully Submitted,

                                                  **GARIBIAN LAW OFFICES, P.C.**

                                                  */s/ Antranig Garibian*
                                                  Antranig Garibian, Esquire (Bar No. 4962)
                                                  1010 N. Bancroft Parkway, Suite 22
                                                  Wilmington, DE 19805
                                                  (302) 722-6885
                                                  ag@garibianlaw.com
                                                  *Attorney for Plaintiff*